UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMELENE P. GARCIA,

    Plaintiff,

v.

APL MARITIME, LTD.,

    Defendant.

Case No. 18-cv-00529-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 5, 2018 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | September 28, 2018 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | May 31, 2018 |
| NON-EXPERT DISCOVERY CUTOFF: | December 31, 2018 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 15, 2019<br>Rebuttal: January 30, 2019 |
| EXPERT DISCOVERY CUTOFF: | February 8, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | December 18, 2018     [filed by 11/20/18] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, February 22, 2019 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 1, 2019 |
| PRETRIAL CONFERENCE: | Friday, March 15, 2019 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| Trial Date and Length: | Monday, April 1, 2019 at 8:30 a.m.(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, February 22, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

As set forth above, the parties are REFERRED to private mediation. A compliance hearing shall be held on Friday, May 25, 2018 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By May 18, 2018, the parties shall file either: (1) a JOINT STATEMENT advising the Court as to the parties' chosen mediator and the date scheduled for mediation; or (2) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 1, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge